USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Angel L. Lahoz,
                Pro Se Plaintiff,

                                                            ORDER OF REFERENCE
                                                            TO A MAGISTRATE JUDGE

        -against-
                                                            08 Civ. 3589(BSJ) (THK)

Orange County, Officer Dichiaro,
Sgt. A. Conklin
                Defendants.
--------------------------------------------------------X
        The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

_X__  General Pretrial (includes scheduling,
        discovery, non-dispositive pretrial motions,        ___   Consent under 28 U.S.C. §636(c) for all
        and settlement)                                           purposes (including trial)

___   Specific Non-Dispositive Motion/Dispute:*            ___   Consent under 28 U.S.C.§636(c) for
                                                                  limited purpose (e.g., dispositive motion,
        _____                          preliminary injunction)

        _____                          Purpose:_____

        If referral is for discovery disputes when
        the District Judge is unavailable, the time        ___   Habeas Corpus
        period of the referral:_____

                                                            ___   Social Security
___   Settlement*

                                                            ___   Dispositive Motion (i.e., motion requiring
___   Inquest After Default/Damages Hearing                       a Report and Recommendation)

                                                                  Particular Motion:_____
                                                                  _____

                                                                  All such motions: ____

* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York

                                                            United States District Judge
                                                            5/5/08