

**COUNTY OF ORANGE** / **Department of Law**

GOVERNMENT CENTER, 255 Main Street
GOSHEN, NEW YORK 10924  TEL: (845) 291-3150

**EDWARD A. DIANA**
County Executive

**DAVID L. DARWIN**
County Attorney

June 4, 2008

**BY FACSIMILE TO 212-805-6191**
The Honorable Barbara S. Jones
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 620
New York, NY 10007

        RE:    Lahoz v. Orange County, Officer DiChiaro, Sgt. Conklin
               Case No. 08 CV 3589

Dear Judge Jones:

      This office represents defendants in the above-referenced action. Along with the County, defendants are corrections officers at the Orange County Jail (the "Jail"). The plaintiff is an inmate at the Jail and brings this action pro se for injuries inflicted by a fellow inmate and defendants while incarcerated.

      The summons and complaint were served on the individual defendants on May 16 and 20, 2008. To date, no service has been affected on the County. A response is therefore due on behalf of the individual defendants by June 6, 2008. The defendants respectfully request an extension of time to respond to the complaint - by answer or motion - to July 2, 2008.

      As a preliminary matter, the County of Orange must first investigate to determine whether it will be providing a defense. Additionally, there is another action by this inmate before Judge Sweet (Index No. 08 Civ. 0894 (RWS)) that may warrant a motion for consolidation.

      Because the pro se plaintiff is incarcerated it is difficult to obtain consent for the requested extension. No previous request for an extension of time has been requested.

      For the reasons set forth above, defendants respectfully request an extension of time to respond to the summons and complaint to July 2, 2008. Please do not hesitate to contact the undersigned if you have any questions or concerns.

Respectfully yours,

Marie Condoluci
Assistant County Attorney

Application GRANTED.

SO ORDERED
BARBARA S. JONES
6/4/08

www.orangecountygov.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08