```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ANGEL L. LAHOZ,                    :
                                   :
                    Plaintiff,     :
                                   :   08 Civ. 3589 (BSJ)(THK)
         -against-                 :
                                   :          ORDER
                                   :
ORANGE COUNTY, OFFICER DICHIARO    :         Pro Se
AND SGT. A. CONKLIN                :
                                   :
                    Defendants.    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/08

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to this Court for general pretrial supervision; it is hereby ORDERED that a pretrial telephone conference shall be held on August 6, 2008 at 11:00 a.m. Defendants' counsel shall arrange with the correctional facility in which Plaintiff is incarcerated to have Plaintiff Angel L. Lahoz, No. 2007-0350, made available for this conference. Defendants' counsel shall initiate the conference call. The parties should be prepared to discuss a plan and schedule for completion of pretrial discovery.

So Ordered.

_____
Theodore H. Katz
United Magistrate Judge

Dated: July 15, 2008
       New York, New York

COPIES MAILED
TO COUNSEL OF RECORD ON 7/15/08