```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
ANGEL LAHOZ,                     :
                                 :
            Plaintiff,           :   08 Civ. 03589 (BSJ)(THK)
                                 :
     -against-                   :
                                 :
                                 :   SCHEDULING ORDER
ORANGE COUNTY, et al.,           :
                                 :
            Defendants.          :
                                 :
---------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action having been referred to this Court for general pretrial supervision; and the parties having participated in a pretrial conference with the Court; it is hereby ORDERED:

1. There shall be no further amendments of pleadings or joinder of additional parties without good cause shown.

2. The parties shall exchange all relevant documents in their possession by September 5, 2008.

3. All discovery, including depositions, shall be completed by December 8, 2008.

4. Any dispositive motions shall be filed by December 19, 2008; responses shall be filed by January 9, 2009; and replies, if any, shall be filed by January 16, 2009.

5. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to

allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted within three days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

Dated:   August 6, 2008
         New York, New York

                                          _____
                                          THEODORE H. KATZ
                                          UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Angel Lahoz, 08-A-3842
Downstate Correctional Facility
122 Red Schoolhouse Rd., P.O. Box 445
Fishkill, New York 12524-0445

Marie Condoluci
Assistant County Attorney
255 Main Street
Goshen, NY 10924